McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE RESIDENCE OF RICHARD SAMBADO | ) CASE NOS. SW 04-319 )  ) ) UNSEALING MOTION AND ORDER ) ) ) ) ) ) |

The United States requests that the Application and Affidavit for Search Warrant in the above-captioned case be unsealed.  There is no longer any law enforcement purpose to maintaining the seal.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED:  April 10, 2007       By:  /s/ Matt Segal
                                  MATTHEW D. SEGAL
                                  Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: April 10, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/sambado0319.ord